**Opinion filed September 17, 2015**



In The

# Eleventh Court of Appeals

_____

## No. 11-15-00170-CV

_____

## THE STATE OF TEXAS, Appellant

## V.

## DIMAS GONZALEZ, Appellee

**On Appeal from the 106th District Court**
**Dawson County, Texas**
**Trial Court Cause No. Unassigned**

## M E M O R A N D U M   O P I N I O N

Appellant, the State of Texas, has filed in this court a motion for dismissal. In the motion, Appellant states that "the direct appeal in the present cause was improvidently filed in haste" and that "mandamus, rather than direct appeal, is the proper vehicle" for Appellant's complaint. Appellant requests that its notice of appeal be withdrawn and that this appeal be dismissed. *See* TEX. R. APP. P. 42.

The motion is granted, and the appeal is dismissed.


September 17, 2015                                      PER CURIAM

Panel consists of: Wright, C.J.,
Willson, J., and Bailey, J.